PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ALLAN MIRO,**<br><br>        Debtor. | Case No.: 2:17-bk-11788-SK<br><br>Chapter 13<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION SEEKING DISGORGEMENT OF COMPENSATION FROM ATTORNEY RANDOLPH R. RAMIREZ**<br><br>Hearing Date:  April 19, 2017<br>Time         9:00 a.m.<br>Place        Courtroom 1575<br>              255 E. Temple St.<br>              Los Angeles, CA 90017 |

Pursuant to Federal Rule of Evidence 201, Movant United States Trustee hereby requests that this Court take judicial notice of the following documents in the Debtor's bankruptcy case in connection with the United States Trustee's instant **NOTICE OF MOTION AND MOTION SEEKING DISGORGEMENT OF COMPENSATION FROM ATTORNEY RANDOLPH R. RAMIREZ:**

    1.  Case Docket for *In re Allan Miro*, case no. 2:17-bk-11788-SK, Exhibit 1.

2. Voluntary Petition filed in *In re Allan Miro*, case no. 2:17-bk-11788-SK, Exhibit 2.

3. Notice of Dismissal of Case if Required Documents are Not Filed or Signed filed in *In re Allan Miro*, case no. 2:17-bk-11788-SK, Exhibit 3.

4. Order and Notice of Dismissal for Failure to File Initial Petition Documents entered in *In re Allan Miro*, case no. 2:17-bk-11788-SK, Exhibit 4.

5. Disclosure of Compensation of Attorney for Debtor filed in *In re Allan Miro*, case no. 2:17-bk-11788-SK, Exhibit 5.

DATED: February 28 2017

Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE


By:  \KELLY L. MORRISON
       Trial Attorney

# Exhibit "1"

# Exhibit "1"

DISMISSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:17-bk-11788-SK

|  |  |
|---|---|
|  | *Date filed:* 02/14/2017 |
| *Assigned to:* Sandra R. Klein | *Debtor dismissed:* 02/24/2017 |
| Chapter 7 | *341 meeting:* 03/27/2017 |
| Voluntary | *Deadline for objecting to discharge:* 05/26/2017 |
| No asset | *Deadline for financial mgmt. course:* 05/26/2017 |

*Debtor disposition:* Dismissed for Failure to File Information

| **Debtor** | represented by **Randolph R RAMIREZ** |
|---|---|
| **Allan Miro** | Randolph Roger Ramirez, PC |
| 10001 W. Frontage Road Space #54 | 1613 Chelsea Road No186 |
| South Gate, CA 90280 | San Marino, CA 91108 |
| LOS ANGELES-CA | 626-765-5411 |
| SSN / ITIN: xxx-xx-3130 | Fax : 626-784-0480 |
|  | Email: lawrrr@me.com |

**Trustee**
**John J Menchaca (TR)**
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017
(213) 683-3317

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 02/14/2017 | <u>1</u> (45 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Allan Miro (Ramirez, Randolph) (Entered: 02/14/2017) |
| 02/14/2017 | <u>2</u> (1 pg) | Certificate of Credit Counseling Filed by Debtor Allan Miro. (Ramirez, Randolph) (Entered: 02/14/2017) |
| 02/14/2017 | <u>3</u> |  |

| | | |
|---|---|---|
| | | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Allan Miro. (Ramirez, Randolph) (Entered: 02/14/2017) |
| 02/14/2017 | <u>5</u> (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 03/27/2017 at 10:00 AM at RM 2, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. Objections for Discharge due by 05/26/2017. Cert. of Financial Management due by 05/26/2017 for Debtor and Joint Debtor (if joint case) (Ramirez, Randolph) (Entered: 02/14/2017) |
| 02/14/2017 | | Receipt of Voluntary Petition (Chapter 7)(2:17-bk-11788) [misc,volp7] ( 335.00) Filing Fee. Receipt number 44228968. Fee amount 335.00. (re: Doc# <u>1</u>) (U.S. Treasury) (Entered: 02/14/2017) |
| 02/15/2017 | | Notice of Debtor's Prior Filings for debtor Allan Miro Case Number 05-16470, Chapter 7 filed in California Central Bankruptcy on 03/29/2005 , Standard Discharge on 07/11/2005.(Admin) (Entered: 02/15/2017) |
| 02/15/2017 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Allan Miro) Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 2/28/2017. Incomplete Filings due by 2/28/2017. (Walter, Earnestine) (Entered: 02/15/2017) |
| 02/15/2017 | <u>4</u> (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Walter, Earnestine). Case is deficient for Electronic Filing Declaration (Individual or Corporation/Partnership)(only for electronicallyfiled petitions) [LBR 10061(h)] (LBR Form F10021) due by 2/21/2017. Modified on 2/22/2017 (Ly, Lynn). (Entered: 02/15/2017) |
| 02/16/2017 | <u>6</u> (1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Allan Miro. (Ramirez, Randolph) (Entered: 02/16/2017) |
| 02/16/2017 | <u>7</u> (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Allan Miro (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Ramirez, Randolph) (Entered: 02/16/2017) |
| 02/16/2017 | | |

| | 8<br>(1 pg) | Statement of Related Cases (LBR Form 1015-2.1) *Amended* Filed by Debtor Allan Miro. (Ramirez, Randolph) (Entered: 02/16/2017) |
|---|---|---|
| 02/17/2017 | 9<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 7)) No. of Notices: 3. Notice Date 02/17/2017. (Admin.) (Entered: 02/17/2017) |
| 02/17/2017 | 10<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)4 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 02/17/2017. (Admin.) (Entered: 02/17/2017) |
| 02/24/2017 | 11<br>(1 pg) | ORDER and Notice of Dismissal of Case for Failure to File Initial Petition Documents Within 72 Hours - **Debtor Dismissed.**(BNC) - Case is deficient for Electronic Filing Declaration (Individual or Corporation/Partnership)(only for electronicallyfiled petitions) [LBR 10061(h)] (LBR Form F10021) due by 2/21/2017. (RE: related document(s)5 Meeting (AutoAssign Chapter 7), 4 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) (Ly, Lynn) (Entered: 02/24/2017) |
| 02/26/2017 | | Chapter 7 Trustee's Report of No Distribution: I, John J Menchaca (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee John J Menchaca (TR). (Menchaca (TR), John) (Entered: 02/26/2017) |
| 02/26/2017 | 12<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)11 ORDER and Notice of Dismissal of Case for Failure to File Initial Petition Doc Within 72 Hrs(BNC)) No. of Notices: 3. Notice Date 02/26/2017. (Admin.) (Entered: 02/26/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/28/2017 07:12:27 | | | |
| **PACER Login:** | dx0195:3657577:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-bk-11788-SK Fil or Ent: filed From: 11/30/2016 To: 2/28/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Exhibit "2"

Exhibit "2"

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
|   | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Allan**<br>First name | First name |
|   | | Middle name | Middle name |
|   | Bring your picture identification to your meeting with the trustee. | **Miro**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-3130** | |

Debtor 1    **Allan Miro**                                                                    Case number *(If known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

☐ I have not used any business name or EINs.

Business name(s) | Business name(s)

EINs | EINs

---

**5.  Where you live**

**10001 W. Frontage Road Space #54
South Gate, CA 90280**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

Debtor 1    **Allan Miro**                                                                                                  Case number *(if known)*

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box. |

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

| | | |
|---|---|---|
| 8. | How you will pay the fee | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

| | | |
|---|---|---|
| 9. | Have you filed for bankruptcy within the last 8 years? | ■ No. |
| | | ☐ Yes. |

| | | | | | |
|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number _____ |
| | District | _____ | When | _____ | Case number _____ |
| | District | _____ | When | _____ | Case number _____ |

---

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ■ No |
| | | ☐ Yes. |

| | | | | |
|---|---|---|---|---|
| | Debtor | _____ | | Relationship to you _____ |
| | District | _____ | When | Case number, if known _____ |
| | Debtor | _____ | | Relationship to you _____ |
| | District | _____ | When | Case number, if known _____ |

---

| | | |
|---|---|---|
| 11. | Do you rent your residence? | ☐ No.    Go to line 12. |
| | | ■ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence? |

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Case 2:17-bk-11788-SK    Doc 1    Filed 02/14/17    Entered 02/14/17 16:02:11    Desc
Main Document    Page 4 of 45

Debtor 1    **Allan Miro**

Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.     Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Official Form 101

Voluntary Petition for Individuals Filing for Bankruptcy

page 4

−10−

Debtor 1   **Allan Miro**                                                                          Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:**

*You must check one:*

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Allan Miro** _____   Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Allan Miro** _____   _____

**Allan Miro**                                           Signature of Debtor 2
Signature of Debtor 1

Executed on   **February 14, 2017** _____   Executed on _____
              MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1    **Allan Miro**                                                                              Case number *(if known)*

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Randolph Ramirez**                                    Date    **February 14, 2017**
Signature of Attorney for Debtor                                     MM / DD / YYYY

**Randolph Ramirez**
Printed name

**LAW OFFICES OF DONALD T. DUNHAM & ASSOCIATES**
Firm name

**8632 East Valley Blvd. #P**
**Rosemead, CA 91770**
Number, Street, City, State & ZIP Code

Contact phone    **626-288-1699**          Email address    **randolph.ramirez@yourlegalneeds.net**

**297928**
Bar number & State

# Exhibit "3"

# Exhibit "3"

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Allan Miro | CASE NO.: 2:17-bk-11788-SK |
| | DATE OF FILING: 2/14/17 |
| | CHAPTER.: 7 |

## NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED OR SIGNED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the Case Management/Electronic Case Filing (CM/ECF) system without the following document(s) and/or information as required by FRBP 1007 and LBRs 1002-1 and 1007-1(a):

☐ Statement About Your Social Security Numbers (Official Form 121) (Individual debtors only) [FRBP 1007(f); LBR 1002-1]

☐ Debtor's federal Employer Identification Number (EIN) (Full EIN required for Non-Individuals) (Official Form 201)

☐ Signature of Attorney on Petition (Official Form 101 or 201) [FRBP 9011]

☑ Electronic Filing Declaration (Individual or Corporation/Partnership)(only for electronically-filed petitions) [LBR 1006-1(h)] (LBR Form F1002-1)

☐ For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104), or Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204) [FRBP 1007(d); LBR 1002-1]

☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) – Declaration (Signed)

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) – Declaration (Signed)

☐ Verification of Master Mailing List of Creditors (Signed) [LBR 1007-1(a)] (LBR Form F1007-1)

☐ Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D, and E/F [FRBP 1007; LBR1007-1(a)]

☐ Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance with the Court Manual

☐ Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201)[LBR 1002-1(a)]

☐ Other *(Specify):*

**NOTICE IS GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

Dated: February 14, 2017

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form van-197 – ndcrnf) Rev 12/2015

4 / EW2

# Exhibit "4"

# Exhibit "4"

Case 2:17-bk-11788-SK   Doc 14   Filed 02/28/17   Entered 02/28/17 09:17:47   Desc
Case 2:17-bk-11788-SK   Main Document   Filed 02/24/17   Page 1 of 23   Entered 02/24/17 10:55:43   Desc
odcnf-Ord/NtcDismFailToFileDoc   Page 1 of 1

Form CACB (odcnf–VAN162)
(06/2014)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO FILE INITIAL PETITION DOCUMENTS

**DEBTOR INFORMATION:**
Allan Miro

**BANKRUPTCY NO.** 2:17–bk–11788–SK

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3130
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/24/17

**Address:**
10001 W. Frontage Road Space #54
South Gate, CA 90280

It appearing that a voluntary petition was filed in the above–captioned case without all the documents, signatures, or information required by FRBP 1007 and LBRs 1002–1 and 1007–1(a) to be filed or submitted at the time of the filing of a voluntary petition,

IT IS HEREBY ORDERED THAT:

| | |
|---|---|
| (1) | The case is dismissed. |
| (2) | The automatic stay is vacated. |
| (3) | Any discharge entered in this case is vacated. |
| (4) | The Court retains jurisdiction on all issues arising under Bankruptcy Code §110, 329 and 362. |

FOR THE COURT,

**Sandra R. Klein**
United States Bankruptcy Judge

Dated: February 24, 2017

(Form odcnf–VAN162) (Rev. 06/2014)

11 – 4 / LLI

Exhibit "5"

Exhibit "5"

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  __Allan Miro__

Debtor(s)

Case No. _____

Chapter  __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____800.00_____

   Prior to the filing of this statement I have received _____ $ _____800.00_____

   Balance Due _____ $ _____0.00_____

2. The source of the compensation paid to me was:

   �}filled Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   �}filled Debtor    ☐ Other (specify):

4. �}filled I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__February 14, 2017__

*Date*

/s/ Randolph Ramirez

**Randolph Ramirez 297928**

*Signature of Attorney*

**LAW OFFICES OF DONALD T. DUNHAM & ASSOCIATES**

**8632 East Valley Blvd. #P**

**Rosemead, CA 91770**

**626-288-1699  Fax: 626-288-1695**

**randolph.ramirez@yourlegalneeds.net**

*Name of law firm*

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION SEEKING DISGORGEMENT OF COMPENSATION FROM ATTORNEY RANDOLPH R. RAMIREZ** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **February 28, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:  On   ___**February 28, 2017**___  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   ___**February 28, 2017**___  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 28, 2017 | Stephanie Hill | *Stephanie Hill* |
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    John J Menchaca (TR), trustee, jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
    Randolph R RAMIREZ, debtor's counsel, Randolph.Ramirez@yourlegalneeds.net
    United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov

    *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2.  **SERVED BY U.S. MAIL**

    **Debtor**
    Allan Miro
    10001 W. Frontage Road Space #54
    South Gate, CA  90280

3.  **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

    Judge's Copy
    Honorable Sandra R. Klein
    U.S. Bankruptcy Court
    255 E. Temple Street, Room 940
    Los Angeles, CA  90012
    Attn: Mail Room Clerk-Judges Copies

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**